UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Indictment No. 09-0025

UNITED STATES OF AMERICA v. PERRY BOWENS, Defendant (Jail # 212654, SBI # 294207C)

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. PERRY BOWENS (Jail # 212654, SBI # 294207C) is now confined at Hudson County Correctional Center in Kearny, NJ.

2.  Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Katharine S. Hayden, on Monday, February 9, 2009 at 10:30 a.m. for Arraignment in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: January 23, 2009

JONATHAN W. ROMANKOW
Assistant United States Attorney
(973) 645-2884

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 1/23/09

HONORABLE KATHARINE S. HAYDEN
United States District Judge

WRIT OF HABEAS CORPUS:  The United States of America to the Warden of the Hudson County Correctional Center

WE COMMAND YOU that you have the body of PERRY BOWENS (Jail # 212654, SBI # 294207C) by whatever name called or charged) now confined in Hudson County Correctional Center, 30 Hackensack Avenue, Suite 1, Kearny, NJ 07032 before the United States District Court before the Honorable Katharine S. Hayden, at the U.S. District Court, Newark, New Jersey on Monday, February 9, 2009 at 10:30 a.m.

WITNESS the Honorable Katharine S. Hayden
United States District Judge at Newark, New Jersey

DATED: 1/23/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:

Deputy Clerk