Fax from : 2016564666 12-04-09 11:50a Pg: 3
Fax sent by : 12-04-09 11:50a Pg: 3/4
Case 2:09-cr-00025-KSH   Document 13   Filed 12/09/09   Page 1 of 2 PageID: 27

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Katharine S. Hayden |
| v. | : | Crim. No. 09-025 |
| PERRY BOWENS | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jonathan W. Romankow, Assistant U.S. Attorney), and defendant Perry Bowens (by Paul Casteleiro, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and four continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of December, 2009,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from December 4, 2009; and it is further

ORDERED that the period from December 4, 2009 through February 2, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

JONATHAN W. ROMANKOW
Assistant U.S. Attorney

PAUL CASTELEIRO, Esq.
Counsel for defendant