2008R01347
JWR/dc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        *Plaintiff*,<br>  v.<br><br>PERRY BOWENS<br><br>        *Defendant.* | Hon. Katharine S. Hayden, U.S.D.J.<br><br>Criminal No. 09-025<br><br>FINAL ORDER OF FORFEITURE |

    **WHEREAS**, on January 14, 2009, the Grand Jury in and for the District of New Jersey, sitting at Newark, returned an Indictment, Criminal No. 09-025 (KSH), against Perry Bowens (hereinafter "Defendant"), charging him with possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and

    **WHEREAS,** on March 24, 2010, Defendant pled guilty to the Indictment; and

    **WHEREAS**, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), a person convicted of an offense in violation of 18 U.S.C. § 922(g)(1), shall forfeit to the United States any firearm involved in or used in the commission of that offense; and

    **WHEREAS,** on August 2, 2010, a Consent Judgment and Preliminary Order of Forfeiture was entered pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) for the forfeiture of the following property:

    (a)    One Springfield Armory Model XP-9 9 millimeter handgun bearing serial number US829801; and

(b) Ten 9 millimeter bullets,

which were recovered from Defendant at the time of arrest on or about September 19, 2008 (the "Property"); and

**WHEREAS,** on or about December 2, 2010, the United States Attorney's Office was advised by the seizing agency that the handgun listed above is an XD-9 series; and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1) as incorporated by 28 U.S.C. § 2461, a Notice of Forfeiture with respect to the Property, was posted on an official government internet site, namely www.forfeiture.gov, beginning on December 3, 2010 and running for thirty consecutive days through January 4, 2011 (see Exhibit A to the Declaration of Jonathan W. Romankow with Exhibit); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

**THAT** a Final Order of Forfeiture is entered pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) against the following property:

    (a) One Springfield Armory Model XD-9 9 millimeter handgun bearing serial number US829801; and

    (b) Ten 9 millimeter bullets,

and no right, title or interest in the Property shall exist in any other party; and

**THAT** the herein described forfeited property shall be disposed of in accordance with the law by the United States

through its custodian, Bureau of Alcohol, Tobacco, Firearms and Explosives or their agent.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 8 day of June, 2011.

_/s/ KSH_
HONORABLE KATHARINE S. HAYDEN
United States District Judge